# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144706

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                            SC: 144706
                                            COA: 299613
                                            Wayne CC: 09-018716-FC

NORBERT DOSSIN JONES,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 19, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

*Corbin R. Davis*
Clerk

t0618